No. 64795.—Roth & Steiner, Inc. *v.* United States, protest 58/3052 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 Ct. Cust. Appls. 78, C.A.D. 401), the claim of the plaintiff was sustained.